NUMBERS 13-08-00352-CR & 13-08-00353-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE BEVY LEE WILSON


____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam



 Relator, Bevy Lee Wilson, pro se, filed a petition for writ of mandamus in the above
causes on May 30, 2008, asking this Court to direct the court reporter and county clerk of
Nueces County to provide relator with copies of the court reporter's record and clerk's
records in trial court cause numbers 03-CR-430-B and 02-CR-830-B, originating from the
117th District Court of Nueces County, Texas. This Court has previously affirmed relator's
conviction for capital murder. See Wilson v. State, No. 13-05-00279-CR, 2007 Tex. App.
LEXIS 7173, *21 (Tex. App.-Corpus Christi Aug. 30, 2007, pet. ref'd) (mem. op., not
designated for publication); see also Wilson v. State, No. 13-05-280-CR, 2007 Tex. App.
LEXIS 7181 (Tex. App.-Corpus Christi Aug. 30, 2007, no pet.) (mem. op., not designated
for publication) (dismissing appeal of judgment revoking community supervision and
adjudication of guilty for want of jurisdiction). We deny the petition for writ of mandamus
for the reasons stated herein. 

 First, the petition for writ of mandamus fails to comply with the Texas Rules of
Appellate Procedure. See generally Tex. R. App. P. 52.3. Second, as a general rule, an
indigent criminal defendant is not entitled to a free transcription of prior proceedings for use
in pursuing post-conviction habeas relief. In re Trevino, 79 S.W.3d 794, 796 (Tex.
App.-Corpus Christi 2002, orig. proceeding); see In re Coronado, 980 S.W.2d 691, 693
(Tex. App.-San Antonio 1998, orig. proceeding) (requiring an indigent criminal defendant
to show that the habeas corpus action is not frivolous and there is a specific need for the
trial records which are sought); Escobar v. State, 880 S.W.2d 782, 783 (Tex.
App.-Houston [1st Dist.] 1993, order); Eubanks v. Mullin, 909 S.W.2d 574, 576-77 (Tex.
App.-Fort Worth 1995, orig. proceeding); see also In re Evans, No. 13-0800151-CR, 2008
Tex. App. LEXIS ____, * __ (Tex. App.-Corpus Christi ___, __, 2008, orig. proceeding)
(per curiam) (mem. op., not designated for publication). 

 The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relator has not shown himself entitled to the relief sought, and the
petition for writ of mandamus should be denied. See Tex. R. App. P. 52.8. Accordingly,
the petition for writ of mandamus is DENIED. 

 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered 

and filed this the 26th day June, 2008.